908

No. 19. EMMONS v. COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. *Kenneth W. Gemmill, Converse Murdoch* and *P. J. Di Quinzio* for petitioner. *Solicitor General Rankin* for respondent.

No. 20. WELLER ET AL. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. *Richard H. Appert* for petitioners. *Solicitor General Rankin* for respondent.

No. 262. ANNAT v. BEARD ET AL. C. A. 5th Cir. Certiorari denied. *James W. Swain* for petitioner. *Solicitor General Rankin, Assistant Attorney General Morton, Roger P. Marquis* and *S. Billingsley Hill* for respondents.

No. 355. DIGGS ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. Petitioners *pro se. Solicitor General Rankin, Assistant Attorney General Rice, Meyer Rothwacks* and *Grant W. Wiprud* for respondent.

No. 369. HETHERINGTON v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Charles W. Davis, Edward S. Digges, John H. Mitchell, Edward J. Calihan, Jr.* and *Anna R. Lavin* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, Wayne G. Barnett* and *Meyer Rothwacks* for the United States.

No. 438. SINCLAIR, TRUSTEE, v. MANDA. C. A. 5th Cir. Certiorari denied. *Robert M. Sturrup* for petitioner.